Elsie Schnell, Appellant, v. Edward L. Schnell, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Levy Dairy Company, Respondent, v. Thousand Island Farms, Inc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Peter McGoldrick, as Administrator, etc., Appellant, v. Robert W. Tailer (Deceased). Joseph L. Myers and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Linda A. Painter, Respondent, v. Austin B. Fletcher, as Executor, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Jaroslav Radda, Respondent, v. Anna Radda, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Augustus E. Houle, Appellant, v. Cora Lamb Houle, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

In the Matter of the Application of Mike Marrone, Appellant, for a Writ of Certiorari against George H. Bell, as Commissioner of Licenses of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

In the Matter of the Application of Margaret Brennan and Another, Appellants, for the Appointment of a Co-trustee of the Estate of William Brennan, Deceased. William F. Clare, as Trustee, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Paula Prokop, Respondent, v. Andrew Litcher, Appellant.— Order modified by imposing as a condition of opening the default the payment within ten days of the costs as taxed, $83.02; and as modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

Belle Helvitz, Professionally Known as Belle Herbert, Appellant, v. Fred J. Balshofer, Respondent.— Order modified by adding at the end of the 2d paragraph of the order appealed from the words "except the fourth defense;" and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.